UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME EUGENE TODD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES and FEDERAL BUREAU OF PRISONS,<br><br>Defendants. | NO. C16-312-RSL<br><br><br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1) The Report and Recommendation is ADOPTED and APPROVED;

(2) This action is DISMISSED without prejudice;

(3) The Clerk of the Court is directed to send copies of this Order to plaintiffs and to the Honorable James P. Donohue.

DATED this 12th day of July, 2016.


*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1